■ 2470 CADILLAC RESOURCES, INC., et al., Appellants, v DHL EXPRESS (USA), INC., Respondent, et al., Defendant. [938 NYS2d 886]

The IAS Court properly determined that defendant's counterclaims are not new evidence that would alter its prior determination (CPLR 2221 [e] [2]). Indeed, the counterclaims restate allegations that were before the court on the prior motion and do not constitute an admission, or evidence, that plaintiffs are

third-party beneficiaries of the reseller agreement (*see 2470 Cadillac Resources, Inc. v DHL Express [USA], Inc.*, 84 AD3d 697, 698 [2011]). Concur—Mazzarelli, J.P., Andrias, Catterson, Abdus-Salaam and Manzanet-Daniels, JJ.